| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daniel J. Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br>E-mail: jim@wsrlaw.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  LAUREL APPAREL GROUP LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LAUREL APPAREL GROUP, LLC<br><br><br><br><br>Debtor(s) | CASE NO.: 2:22-bk-11974-BB<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?   ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 06/17/2022

_____,Managing Member
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                    Page 1                                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Laurel Apparel Group, LLC, dba Boyish Jeans** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) | **2:22-bk-11974-BB** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Allen Media Consulting**<br>**203 Norman Ave., Suite 7**<br>**Brooklyn, NY 11222**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $200.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Alternative Insurance**<br>**1475 E. Woodfield Rd., Suite 500**<br>**Schaumburg, IL 60173**<br>Date(s) debt was incurred **4/2022**<br>Last 4 digits of account number **02XR** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Customs claim on insurance bond**<br>Is the claim subject to offset? ■ No ☐ Yes | $16,491.14 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Baykan Dis Ticaret AS**<br>**Osmaniye Mh. E-5**<br>**Cirpici Yan Yol Cd. No:1-3**<br>**Bakirkoy, Istanbul**<br>**TURKEY**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $26,314.70 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**BPM LLP**<br>**2001 N. Main St., Suite 360**<br>**Walnut Creek, CA 94596**<br>Date(s) debt was incurred **3/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $801.00 |

| Debtor | **Laurel Apparel Group, LLC, dba Boyish Jeans** | Case number (if known) | **2:22-bk-11974-BB** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Buchalter APC**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,602.50** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Legal fees**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**C&S S.r.l.**<br>**Via Verna 21 Banchetti Di Nestoro**<br>**06019 Umbertide**<br>**ITALY** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$24,098.83** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CIT**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,845.28** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **y120,ense** | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**City of Los Angeles False Alarms**<br>**P.O. Box 30879**<br>**Los Angeles, CA 90030-0879** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$267.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/1/2022**<br>Last 4 digits of account number **6332** | **Basis for the claim:** **False alarm charge**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Clearco**<br>**33 Yonge St., Suite 1200**<br>**Toronto M5E 0A9**<br>**CANADA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$71,243.30** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Connect WMS, LLC**<br>**318 Avenue I, Suite 205**<br>**Redondo Beach, CA 90277** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,550.00** |
|---|---|---|---|
| | Date(s) debt was incurred **10/2021-4/2022**<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Creative Business Corp.**<br>**Door No. 31/1445**<br>**C-1, Convent Road, Vyttila**<br>**Ernakulam-682019, Kerala**<br>**INDIA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$159,624.40** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Laurel Apparel Group, LLC, dba Boyish Jeans | Case number (if known) | 2:22-bk-11974-BB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Descartes System USA LLC**<br>**2030 Powers Ferry Rd. SE**<br>**Atlanta, GA 30339**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,855.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**DHL Express**<br>**1210 S. Pine Island Rd.  Ist Floor**<br>**Plantation, FL 33324**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,999.95** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Divisa, Inc.**<br>**2079 Wright Ave. Ste B4**<br>**La Verne, CA 91750**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$30,375.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Easton Fab Corporation LTD**<br>**26/1 Soi Petchaburi 11(Somprasong)**<br>**Petchburi Rd., Tanonphayathai**<br>**Ratchatavee, Bangkok 10400**<br>**THAILAND**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$150,144.03** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Facebook**<br>**1 Hacker Way**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Potential claim__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**FineLine Technologies**<br>**3145 Medlock Bridge Rd.**<br>**Norcross, GA 30071**<br><br>Date(s) debt was incurred __3/2022__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __vendor debt__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$92.91** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Gumbiner Savett Inc.**<br>**1723 Cloverfield Blvd.**<br>**Santa Monica, CA 90404**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Accounting fees__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,294.26** |

| Debtor | **Laurel Apparel Group, LLC, dba Boyish Jeans** | Case number (if known) | **2:22-bk-11974-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**H Financial, LLC**<br>**8370 W. Flagler St., Suite 252**<br>**Miami, FL 33144**<br><br>Date(s) debt was incurred  **2/2021**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Assignee of vendors Innovacio Textil Mataro Sl. (listed in Schedules) and Hallotex S.L.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$78,592.42** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Hallotex S.L.**<br>**Pol.Ind. Mata-Rocafonda**<br>**c/Foneria 15**<br>**08304 Mataro (Barcelona)**<br>**SPAIN**<br><br>Date(s) debt was incurred  **8/2020-10/2020**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendo debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$3,004.92** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Innovacio Textil Mataro Sl.**<br>**Calle de la Foneria -mata Rocafonda**<br>**15 - NAV C D E**<br>**Mataro, 08304 , Barcelona**<br>**SPAIN**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **vendor debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$48,692.32** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**InterTrade Systems Inc.**<br>**P.O. Box 55811**<br>**Boston, MA 02205-5811**<br><br>Date(s) debt was incurred  **4/1/2022**<br>Last 4 digits of account number  **1909** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendor debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$130.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Jordan Nodarse**<br>**1020 N. Edinburgh Ave., #5**<br>**Los Angeles, CA 90046**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loans to Debtor for use of personal credit cards and advance of legal fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$99,656.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Kintetsu World Express (U.S.A.) Inc**<br>**711 S. Glasgow Ave.**<br>**Inglewood, CA 90301**<br><br>Date(s) debt was incurred  **3/2/2022**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendor debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$35,869.61** |

| Debtor | **Laurel Apparel Group, LLC, dba Boyish Jeans** | Case number (if known) | **2:22-bk-11974-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Klan Tekstil Ve Konfeksiyon SA**<br>**Kemalpasa Mah**<br>**7415 Sok NO.1**<br>**35060 Pinarbasi / Izmir**<br>**TURKEY**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $39,981.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Komonteks**<br>**Karadeniz Mahallesi**<br>**Ertugrul Gazi Cd. No:20**<br>**34250 Gaziosmanpasa, Istanbul**<br>**TURKEY**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $163,995.64 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Linda Lee, Inc.**<br>**2050 Stemmons Freeway, Suite 15456**<br>**Mail Unit 212**<br>**Dallas, TX 75207**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,576.72 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**LIT INC**<br>**3365 Scarboro St.**<br>**Los Angeles, CA 90065**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,180.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Marlowe Barr**<br>**951 Grand St., #1R**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20,668.89 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Merchante Consulting**<br>**16763 W. Sunset Blvd.**<br>**Pacific Palisades, CA 90272**<br><br>Date(s) debt was incurred **2/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,400.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Paychex**<br>**500 N. Brand Blvd, Suite 1400**<br>**Glendale, CA 91203**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **5103** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payroll services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| Debtor | **Laurel Apparel Group, LLC, dba Boyish Jeans** | Case number (if known) | **2:22-bk-11974-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**RD Productions**<br>**103 Eastview Ave.**<br>**North Ryde, NSW 2113**<br>**AUSTRALIA**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,500.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Ronald Pascual**<br>**516 W. Doran St.**<br>**Glendale, CA 91203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $18,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Savino Del Bene U.S.A.**<br>**1650 Charles Willard St.**<br>**Carson, CA 90746**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $69,157.22 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**SCI Sewing Collection Inc.**<br>**3113 E. 26th St.**<br>**Vernon, CA 90058**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $448.75 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**SelfX Innovations Inc.**<br>**1600 15th St., Apt. 229**<br>**San Francisco, CA 94103**<br><br>Date(s) debt was incurred **2/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,054.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Slavin Raphael**<br>**80 Wingold Ave.**<br>**North York, ON M6B 1P5**<br>**CANADA**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,269.53 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Spark Roas LLC**<br>**941 W. Hawthorn St., Unit 9**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **vendor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,000.00 |

| Debtor | **Laurel Apparel Group, LLC, dba Boyish Jeans** | Case number (if known) | **2:22-bk-11974-BB** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**TagTime USA**<br>**4601 District Blvd.**<br>**Vernon, CA 90058** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,414.49 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**The AC Collective**<br>**843 S. Los Angeles St., Suite 300**<br>**Los Angeles, CA 90014** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,358.44 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**TK Systems, Inc.**<br>**1810 S. Lake Pl.**<br>**Ontario, CA 91761** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,493.13 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Tracey Mattingly LLC**<br>**717 N. Highland Ave., #9**<br>**Los Angeles, CA 90038** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Trans-Am Air & Sea Freight (LAX)**<br>**116-118 Hazel St.**<br>**Inglewood, CA 90302** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,977.78 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Trends (Thailand) L.P.**<br>**2,4,6,8 Soi Phutthabucha**<br>**44, Phutthabucha Road**<br>**Thungkhru, Bangkok 10140**<br>**THAILAND** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $86,170.62 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **vendor debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**U.S. Customs and Border Protection**<br>**Attn: Revenue Division, Bankruptcy**<br>**6650 Telecom Dr., Suite 100**<br>**Indianapolis, IN 46278** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $14,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **Basis for the claim:** **Customs fees (estimated)**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Laurel Apparel Group, LLC, dba Boyish Jeans | Case number (if known) | 2:22-bk-11974-BB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Ware Disposal, Inc.<br>P.O. Box 1318<br>Santa Ana, CA 92702-1318<br><br>Date(s) debt was incurred  **3/2022**<br>Last 4 digits of account number  **4007** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **vendor debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$286.65** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Wayflyer<br>746 Willoughby Way<br>Atlanta, GA 30312<br><br>Date(s) debt was incurred  **11/2021**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Loan**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$25,000.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>WFX - Cloud Technologies FZC<br>Business Center, Al Shmookh Bldg.<br>PO Box 7073, Umm Al Quwain<br>UNITED ARAB EMIRATES<br><br>Date(s) debt was incurred  **9/2021**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Marketing subscription**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$18,950.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Withers Bergman LLP<br>157 Church St.<br>New Haven, CT 06510<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$49,988.95** |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jose-Trelles Herrera<br>P.O. Box 442968<br>Miami, FL 33144 | Line  **3.19**<br><br>☐ Not listed. Explain  ____ | __ |
| 4.2 | U.S. Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 | Line  **3.45**<br><br>☐ Not listed. Explain  ____ | __ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,411,816.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,411,816.38 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 8 of 8

## ADDING NEW CREDITORS

American Alternative Insurance
1475 E. Woodfield Rd., Suite 500
Schaumburg, IL 60173


BPM LLP
2001 N. Main St., Suite 360
Walnut Creek, CA 94596


City of Los Angeles False Alarms
P.O. Box 30879
Los Angeles, CA 90030-0879


Connect WMS, LLC
318 Avenue I, Suite 205
Redondo Beach, CA 90277


FineLine Technologies
3145 Medlock Bridge Rd.
Norcross, GA 30071


H Financial, LLC
8370 W. Flagler St., Suite 252
Miami, FL 33144


Hallotex S.L.
Pol.Ind. Mata-Rocafonda
c/Foneria 15
08304 Mataro (Barcelona)
SPAIN


InterTrade Systems Inc.
P.O. Box 55811
Boston, MA 02205-5811

```
Jose-Trelles Herrera
P.O. Box 442968
Miami, FL 33144


Kintetsu World Express (U.S.A.) Inc
711 S. Glasgow Ave.
Inglewood, CA 90301


Paychex
500 N. Brand Blvd, Suite 1400
Glendale, CA 91203


SelfX Innovations Inc.
1600 15th St., Apt. 229
San Francisco, CA 94103


Ware Disposal, Inc.
P.O. Box 1318
Santa Ana, CA 92702-1318


WFX - Cloud Technologies FZC
Business Center, Al Shmookh Bldg.
PO Box 7073, Umm Al Quwain
UNITED ARAB EMIRATES
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Boulevard, Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/21/2022_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _06/21/2022_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/21/2022 | Mykiesha Taylor | /s/ Mykiesha Taylor |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Eryk R Escobar    eryk.r.escobar@usdoj.gov
Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com

**2. SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| American Alternative Insurance<br>1475 E. Woodfield Rd., Suite 500<br>Schaumburg, IL 60173 | BPM LLP<br>2001 N. Main St., Suite 360<br>Walnut Creek, CA 94596 |
| City of Los Angeles False Alarms<br>P.O. Box 30879<br>Los Angeles, CA 90030-0879 | Connect WMS, LLC<br>318 Avenue I, Suite 205<br>Redondo Beach, CA 90277 |
| FineLine Technologies<br>3145 Medlock Bridge Rd.<br>Norcross, GA 30071 | H Financial, LLC<br>8370 W. Flagler St., Suite 252<br>Miami, FL 33144 |
| Hallotex S.L.<br>Pol.Ind. Mata-Rocafonda c/Foneria 15<br>08304 Mataro (Barcelona)<br>SPAIN | InterTrade Systems Inc.<br>P.O. Box 55811<br>Boston, MA 02205-5811 |
| Jose-Trelles Herrera<br>P.O. Box 442968<br>Miami, FL 33144 | Kintetsu World Express (U.S.A.) Inc<br>711 S. Glasgow Ave.<br>Inglewood, CA 90301 |
| Paychex<br>500 N. Brand Blvd, Suite 1400<br>Glendale, CA 91203 | SelfX Innovations Inc.<br>1600 15th St., Apt. 229<br>San Francisco, CA 94103 |
| Ware Disposal, Inc.<br>P.O. Box 1318<br>Santa Ana, CA 92702-1318 | |